JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,** | Case 2:19-CV-09278-JFW-GJSx |
| Plaintiff, | **Judgment**<br>(re: Default Judgment) |
| v. | |
| **Obica Sunset Plaza LLC**, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Brian Whitaker shall have JUDGMENT in his favor for $4000.00 in statutory damages and 4,581.50 in attorneys' fees and costs against defendant Obica Sunset Plaza LLC. Additionally, Obica Sunset Plaza LLC is ordered to provide accessible dining surfaces and accessible restroom facilities at its he restaurant located at 8630 W. Sunset Blvd., West Hollywood, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Dated: June 12, 2020

_____
United States District Judge